UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:23-cr-158-RBD-RMN

KATIE JEANE MAHAI

### REQUEST FOR LEAVE TO DISMISS INDICTMENT

Pursuant to Fed. R. Crim. P. 48(a), the United States hereby requests leave of Court to dismiss the Indictment pending against the Defendant, Katie Jeane Mahai, in this case, without prejudice, on the ground that the defendant has been prosecuted in state court for the same incident. On September 18, 2023, the defendant entered a guilty plea in state court and was sentenced in the state case to 18 months' probation.

WHEREFORE, the United States respectfully requests that this Court grant the requested leave to dismiss the Indictment against the Defendant, without prejudice, and direct the Clerk of Court to close the case as to said defendant.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: /s/Rachel S. Lyons
Rachel S. Lyons
Assistant United States Attorney
USA No. 215
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: Rachel.Lyons@usdoj.gov

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:23-cr-158-RBD-RMN

KATIE JEANE MAHAI

**ORDER**

Pursuant to Fed. R. Crim. P. 48(a), the United States has requested leave to dismiss the Indictment against Defendant, Katie Jeane Mahai, without prejudice. Leave of Court is granted and the Indictment is dismissed against the Defendant in the above-captioned case without prejudice. The Clerk of Court is directed to close the case as to Defendant, Katie Jeane Mahai.

Dated: _____

                                              ROY B. DALTON
                                              United States District Judge